# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3673
_____

Anthony L. Carroll

*Petitioner - Appellant*

v.

Stanley Payne, Warden

*Respondent - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: February 22, 2022
Filed: February 25, 2022
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Missouri prisoner Anthony Carroll appeals the district court's[1] denial of his 28 U.S.C. § 2254 petition. The district court granted a certificate of appealability as to

---

[1]The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.

Carroll's claim that his sentence was improperly influenced by the state judge's alleged bias.

After a careful review of the record and the arguments presented on appeal, we conclude the district court correctly determined that the claim was procedurally defaulted. See Arnold v. Dormire, 675 F.3d 1082, 1086-87 (8th Cir. 2012) (on appeal from denial of habeas corpus, this court reviews finding of default de novo; ordinarily federal court reviewing state conviction in § 2254 proceeding may consider only those claims which petitioner presented in accordance with state procedural rules); see also Clark v. Bertsch, 780 F.3d 873, 875-77 (8th Cir. 2015) (unpreserved claims were defaulted regardless whether state court reviewed claims for plain error). Accordingly, we affirm. See 8th Cir. R. 47B.

_____